Civil Case # 5:24CV-66-JHM

FILED
JAMES J. VILT, JR., CLERK
APR 15 2024
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

Cindy Mitchell vs. Department of Children Services on Martin Luther King Ave. in Jackson, Tenn. and Cynthia and Jimmy Herman. Social workers Karen Tharpe, Jessica Wolf Schilladay, Pam Wright were the social workers in charge of my son Jaylon Cornelius Mitchell who was born Feb. 4th 2008 in Oct. 2008 They railroaded me into signing my rights over and they have not abided by Juvenile Court Judge Christy Littles rules on this open adoption. I was an inmate in the Madison Co. Jail in Jackson TN. in Oct. of 2008 the social workers and the Madison Co. Jail knew that my mind was altered and mentally unstable. I was an addict hooked on crack cocaine and I was forced mentally and verbally by them to terminate my rights as Jaylons Mother Judge Christy Little stated in open Juvenile Court in Oct. 2008 that I could have any and all of his records. She also stated that his last name could be changed from Mitchell to Herman But here it is 2024 and I don't have any of his records (over)

And they have went behind my back. And changed his full name Cynthia and Jimmy Herman did. I'm suing for 200,000 dollars and for my sons real name now/Records all of them and for pictures and Contract because my son is of legal age to make his own decisions.

Cindy Mitchell
4-3-24

Andy Mitchell
McCracken Jail
400 Clarence Gaines
Paducah KY 42003

FILED
JAMES J. VILT, JR. - CLERK
APR 15 2024
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

Federal Courthouse
501 Broadway Suite 127
Paducah, KY 42001-6801